FILED
CLERK U.S DISTRICT COURT

DEC 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| JAMES MICHAEL LEWALLEN AND CAROLE BARBARA LEWALLEN, <br><br> Plaintiff, <br><br> v. <br><br> FREMONT REORGANIZING CORPORATION, ARCH BAY HOLDINGS LLC SERIES 2009C erroneously sued as MARIX SERVICING LLC, NATIONAL DEFAULT SERVICING CORPORATION AND DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. SACV 10-1192-AG-RNB <br><br> ~~[PROPOSED]~~ JUDGMENT |

In accordance with the Court's Order of November 15, 2010, IT IS HEREBY ORDERED AND ADJUDGED, that the case is dismissed, with prejudice, and judgment is entered in favor of Defendants and against Plaintiff in this case.

DATED: Dec 20, 2010

U.S. District Court Judge
ANDREW J. GUILFORD

-1-
JUDGMENT

2243086.wpd